IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 8:17CR297 |
| vs. | AMENDED ORDER |
| EDWINA DENNEY, | |
| Defendant. | |

This matter is before the Court on the defendant's Amended Motion to Allow Defendant's Temporary Compassionate Release (Filing No. 20). Upon consideration, the motion will be granted.

IT IS ORDERED:

1. Defendant's Amended Motion to Allow Defendant's Temporary Compassionate Release [20] is granted.

2. Defendant shall be released from the Cass County jail at 5:00 p.m. on Wednesday, May 9, 2018, to and must at all times remain with her daughter and third party custodian, Theresa Juarez for purposes of the visitation and funeral of her sister.

3. Defendant shall not leave Niobrara or Santee, Nebraska, and shall return to the Cass County jail by 11:00 p.m. on Thursday, May 10, 2018.

4. Defendant shall immediately submit to, and pay for, a urinalysis at the Cass County jail upon her return, if so requested.

Dated this 9th day of May, 2018.

BY THE COURT:

s/ Michael D. Nelson
United States Magistrate Judge