IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>EDWINA DENNEY,<br><br>                Defendant. | **8:17-CR-297**<br><br>**ORDER** |

This matter is before the Court on the United States of America's Motion to Dismiss (Filing 76) the Amended Petition for Warrant or Summons for Offender Under Supervision (Filing 63). The Court finds the motion should be granted. Accordingly,

IT IS ORDERED:

1. The United States of America's Motion to Dismiss (Filing 76) is granted; and

2. The Petition for Warrant or Summons for Offender Under Supervision (Filing 63) is dismissed.

Dated this 4th day of March, 2021.

BY THE COURT:

_____
Brian C. Buescher
United States District Judge