IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>     vs.<br><br>EDWINA DENNEY,<br><br>                    Defendant. | 8:17-CR-297<br><br>ORDER ON MOTION FOR DISMISSAL |

This matter is before the Court on the Government's Motion for Dismissal, Filing 95, requesting leave to dismiss, without prejudice, the Petition for Offender Under Supervision as to Defendant Edwina Denney. Filing 79. Both the Government and Defendant agree that dismissal without prejudice is appropriate. Pursuant to Federal Rule of Criminal Procedure 48(a), the Court grants the Government's Motion and dismisses without prejudice the Petition for Offender Under Supervision. Accordingly,

IT IS ORDERED that the Government's Motion for Dismissal, Filing 95, is granted and the Petition for Offender Under Supervision, Filing 79, is dismissed without prejudice.

Dated this 23rd day of August, 2022.

BY THE COURT:

_____
Brian C. Buescher
United States District Judge